E-FILED
Friday, 24 February, 2012  03:40:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED

FEB 24 2012

CLERK OF the COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

TONY PIATT,                          )
                                     )
        Plaintiff,                   )
                                     )
-vs-                                 )   NO.  2:10-cv-02051
                                     )
JOSEPH S. EISENHAUER, LARRY          )
THOMASON, DOUG MILLER and            )
BOB RICHARD,                         )
                                     )
        Defendants.                  )

## MEMORANDUM OF JUDGMENT

        I hereby certify that on August 5, 2011, judgment was

entered in favor of the Defendants and against the Plaintiff,

Tony Piatt, in the amount of Eleven Thousand Four Hundred Forty

One Dollars and Thirteen Cents ($11,441.13).

        Dated:  February  24 , 2012.

                            s/ David G. Bernthal
                            _____
                            UNITED STATES MAGISTRATE JUDGE
                            DAVID G. BERNTHAL