IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TONY PIATT, )
 )
    Plaintiff, )
 )
-vs- ) NO.  2:10-cv-02051
 )
JOSEPH S. EISENHAUER, LARRY )
THOMASON, DOUG MILLER and )
BOB RICHARD, )
 )
    Defendants. )

FILED
FEB 24 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## MEMORANDUM OF JUDGMENT

I hereby certify that on August 5, 2011, judgment was entered in favor of the Defendants and against the Plaintiff, Tony Piatt, in the amount of Eleven Thousand Four Hundred Forty One Dollars and Thirteen Cents ($11,441.13).

Dated: February  24 , 2012.

                s/ David G. Bernthal
                UNITED STATES MAGISTRATE JUDGE
                DAVID G. BERNTHAL